**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT CARMONA, | NO. CV 13-112-GW(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| DANIEL PARAMO, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 9, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE